STROOCK & STROOCK & LAVAN LLP
JAMES E. FITZGERALD (State Bar No. 108785)
ALLAN S. COHEN (State Bar No. 115532)
BRYAN M. WITTLIN (State Bar No. 286382)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:   310-556-5959
Email:       lacalendar@stroock.com

Attorneys for Defendant
  Nationwide Mutual Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| JACK DUDUM AS TRUSTEE OF THE JACK AND SYLVIA DUDUM 1997 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; C.R. ENGLAND, INC.; and DOES 1-25, inclusive<br><br>Defendants. | Case No. 4:15-cv-00912 JSW<br><br>[PROPOSED] ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Action Filed:  July 18, 2014 |

1       PURSUANT TO THE STIPULATION OF THE PARTIES, the Case Management Conference scheduled for June 19, 2015 is continued to June 26, 2015 at 11:00 in Courtroom 5 of the above-captioned Court. The parties' case management statement shall be due on or before June 19, 2015.

      IT IS SO ORDERED.

Dated: May 20, 2015

                                                    Jeffrey S. White
                                                    United States District Court Judge