1  AKIN GUMP STRAUSS HAUER & FELD LLP
   JAMES E. FITZGERALD (STATE BAR NO. 108785)
2  BRYAN M. WITTLIN (STATE BAR NO. 286382)
   2029 Century Park East, Suite 2400
3  Los Angeles, CA 90067-3086
   Telephone:  310-229-1000
4  Email:      jefitzgerald@akingump.com

5  Attorneys for Defendant
   Nationwide Mutual Insurance Company
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| JACK DUDUM AS TRUSTEE OF THE JACK AND SYLVIA DUDUM 1997 TRUST, | Case No. 4:15-cv-00912  JSW |
| Plaintiff, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY; [PROPOSED] ORDER |
| vs. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY; C.R. ENGLAND, INC.; and DOES 1-25, inclusive | Action Filed:  July 18, 2014 |
| Defendants. | |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Defendant Nationwide Mutual Insurance Company here substitutes the law firm AKIN GUMP STRAUSS HAUER & FELD LLP in place of STROOCK & STROOCK & LAVAN LLP as their counsel of record in this action.

Withdrawing counsel for Defendant Nationwide Mutual Insurance Company is:

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:     310-556-5800
Facsimile:     310-556-5959
Email: *lacalendar@stroock.com*

All future pleadings, orders, notices and communications should be served upon the following substituted counsel for Defendant Nationwide Mutual Insurance Company:

AKIN GUMP STRAUSS HAUER & FELD LLP
JAMES E. FITZGERALD (State Bar No. 108785)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3086
Telephone:     310-229-1000
Email: jefitzgerald@akingump.com

Nationwide Mutual Insurance Company; Stroock & Stroock & Lavan LLP; and Akin Gump Strass Hauer & Feld LLP each consents to this substitution.  Nationwide Mutual Insurance Company consents to Stroock & Stroock & Lavan LLP's withdrawal as its counsel in this Action.

STROOCK & STROOCK & LAVAN LLP

By:   */s/ Allan S. Cohen*

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   */s/ James E. Fitzgerald*

**E-FILING ATTESTATION**

I, James E. Fitzgerald, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5.1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

By:   */s/ James E. Fitzgerald*

**ORDER**

The above withdrawal and substitution of counsel is approved.

IT IS SO ORDERED.

Dated:  October 13, 2015      By:   _____
The Honorable Jeffrey S. White
United States District Judge

- 2 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY
207466326