1  Michael W. Goodin (State Bar Number 142288)
   mgoodin@clausen.com
2  G. Brent Sims (State Bar Number 179397)
3  gsims@clausen.com
   CLAUSEN MILLER P.C.
4  17901 Von Karman Avenue, Suite 650
5  Irvine, CA 92614
   Telephone: 949.260.3100
6  Facsimile: 949.260.3190
7
8
   Attorneys for Defendant
9  LEXINGTON INSURANCE COMPANY

10                UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| JACK DUDUM AS TRUSTEE OF THE JACK AND SYLVIA DUDUM 1997 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; CR ENGLAND, INC.; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 4:15-CV-00912 (JSW)<br><br>Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS**<br><br>**[FED. RULE CIV. PROC. 41(A)(1)]**<br><br>Action Filed:  July 17, 2014<br>Trial Date:    None Set |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Parties to the above-entitled action, by and through their counsel of record, hereby stipulate that the above-entitled action brought by Plaintiff, JACK DUDUM AS TRUSTEE OF THE

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No. 4:15-cv-00912 JSW

1  JACK AND SYLVIA DUDUM 1997 TRUST shall be dismissed, with prejudice, as to
2  Defendant LEXINGTON INSURANCE COMPANY, and that any and all claims and
3  counterclaims in the above-entitled action by and between Plaintiff and Defendant,
4  Lexington Insurance Company, arising out of the subject matter of the above-entitled
5  action, whether or not asserted in this matter, may now be dismissed, with prejudice,
6  and each Party is to bear its own costs and attorneys' fees.

7
8  DATED: February 11, 2016        LAW OFFICES OF PAUL B. JUSTI
9
10                                  By:      /s/ Paul B. Justi
                                    Paul B. Justi
11                                  Attorney for Plaintiff
                                    JACK DUDUM AS TRUSTEE OF THE
12                                  JACK AND SYLVIA DUDUM 1997 TRUST
13
14 DATED: February 12, 2016         CLAUSEN MILLER P.C.
15
16                                  By:      /s/ Michael W. Goodin
                                    Michael W. Goodin
17                                  Attorney for Defendant
                                    LEXINGTON INSURANCE COMPANY
18
19
20                          **E-FILING ATTESTATION**
21      I, Michael W. Goodin, am the ECF User whose ID and password are being used
22 to file this document. In compliance with Civil Local Rule 5.1(i)(3), I hereby attest that
23 each of the signatories identified above have concurred in this filing.
24
25                                  By:      /s/ Michael W. Goodin
26 / / /
27 / / /
28 / / /

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No. 4:15-cv-00912 JSW

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, the above-entitled action brought by Plaintiff, JACK DUDUM AS TRUSTEE OF THE JACK AND SYLVIA DUDUM 1997 TRUST is dismissed with prejudice, as to Defendant LEXINGTON INSURANCE COMPANY, and any and all claims and counterclaims in the above-entitled action by and between Plaintiff and Defendant, Lexington Insurance Company, arising out of the subject matter of the above-entitled action, whether or not asserted in this matter, are dismissed, with prejudice, and each Party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 12, 2016          By _____
                                   The Honorable Jeffrey S. White
                                   United States District Judge