MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
Email: mbarrows@fgppr.com
kdelaney@fgppr.com

Attorneys for Defendant THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK DUDUM AS TRUSTEE OF THE JACK AND SYLVIA DUDUM 1997 TRUST,

Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE COMPANY; C.R. ENGLAND, INC; and DOES 1-25, inclusive,

Defendants.
_____________________________________/

Case No. 4:15-CV-00912 JSW

**STIPULATION FOR AND ~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE**

Complaint filed: July 17, 2014
Trial Date: August 8, 2016

[FRCP, Rule 41(a)(1);]

1. WHEREAS, the parties to this action have executed a Settlement And Release Agreement and a Stipulation re: Waiver and Release of Potential Rights of Contribution and Indemnification; and

2. WHEREAS, Plaintiff The Jack and Sylvia Dudum 1997 Trust has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1); and

3. WHEREAS, the parties to this action agree that each side is to bear its own fees and costs in this matter;

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

Case 4:15-cv-00912-JSW Document 43 Filed 03/08/16 Page 2 of 2

4. The parties to this action agree, through their respective attorneys, that Plaintiff The Jack and Sylvia Dudum 1997 Trust hereby dismisses this action in its entirety, with prejudice.

**IT IS SO STIPULATED.**

DATED: March 8, 2016

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ Marjie D. Barrows
Marjie D. Barrows

Attorneys for Defendant THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

DATED: March 8, 2016

**LAW OFFICES OF PAUL B. JUSTI**

By: /s/ Paul B. Justi
Paul B. Justi

Attorneys for Plaintiff JACK DUDUM AS TRUSTEE THE JACK AND SYLVIA DUDUM 1997 TRUST

**IT IS SO ORDERED.**

DATED: March 9, 2016

Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500