UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DUDUM AS TRUSTEE OF THE JACK AND SYLVIA DUDUM 1997 TRUST,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | Case No.  15-cv-00912-JSW<br><br>**ORDER VACATING HEARING DATE AND REQUIRING JOINT STATUS REPORT** |

On June 30, 2015, the Court issued a scheduling order, in which it set a deadline of May 13, 2016 to hear dispositive motions.  Based on that deadline, any such motions should have been filed on April 8, 2016.  No such motions were filed.  Although a number of Defendants have been dismissed, Defendant Nationwide Mutual Insurance Company remains in this case.

Accordingly, it is HEREBY ORDERED that the parties shall file a joint status report by April 22, 2016, advising the Court of the status of this case.  The Court VACATES the placeholder hearing date of May 13, 2016.  However, all other dates, including the pretrial and trial dates, remain on calendar pending further order of the Court.

**IT IS SO ORDERED.**

Dated: April 11, 2016

_____
JEFFREY S. WHITE
United States District Judge