1  AKIN GUMP STRAUSS HAUER & FELD LLP
   JAMES E. FITZGERALD (STATE BAR NO. 108785)
2  BRYAN M. WITTLIN (STATE BAR NO. 286382)
   2029 Century Park East, Suite 2400
3  Los Angeles, CA 90067-3086
   Telephone: 310-229-1050
4  Email:    jefitzgerald@akingump.com

5  Attorneys for Defendant
   Nationwide Mutual Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DUDUM AS TRUSTEE OF THE JACK AND SYLVIA DUDUM 1997 TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY; C.R. ENGLAND, INC.; and DOES 1-25, inclusive <br><br> Defendants. | Case No. 4:15-cv-00912 JSW <br><br> STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS [FED. R. CIV. P. 41(A)(1)] <br> AND DIRECTING CLERK TO TERMINATE CASE <br><br> Action Removed: December 23, 2014 |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiff Jack Dudum as Trustee of the Jack and Sylvia Dudum 1997 and Defendant Nationwide Mutual Insurance Company ("Nationwide") through their designated counsel that the claims against Nationwide in the above-captioned action are hereby dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). |

Each party shall bear its own fees and costs.

LAW OFFICE OF PAUL B. JUSTI

By     *s/ Paul B. Justi*    
        Paul B. Justi
Attorneys for Plaintiff Jack Dudum as Trustee
of the Jack and Sylvia Dudum 1997 Trust

AKIN GUMP STRAUSS HAUER & FELD LLP
JAMES E. FITZGERALD
BRYAN M. WITTLIN

By     *s/ Bryan M. Wittlin*[1]    
        Bryan M. Wittlin
Attorneys for Defendant
Nationwide Mutual Insurance Company

---

[1] By filing this document, I attest that I have received consent from all other signatories to file this document with their electronic signature.

-1-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS
CASE NO. 4:15-CV-00912 JSW

207649770

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation between Nationwide Mutual Insurance Company ("Nationwide") and Plaintiff Jack Dudum as Trustee of the Jack and Sylvia Dudum 1997 Trust ("Plaintiff"), all claims against Nationwide in this Action are dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own fees and costs.

The Clerk may terminate this case.

Dated: April 15, 2016     By: *[signature]*
The Honorable Jeffrey S. White
United States District Judge